Ian A. Rambarran, Bar No. 227366
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com

Austin R. Henderson, Bar No. 293245
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
ahenderson@klinedinstlaw.com

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA OSHANA SEPARATE PROPERTY TRUST, dated September 16, 2015;,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAYVIEW LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.   3:17-cv-02408-WQH-RBB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6)(7)**<br><br>Date:   March 12, 2018<br>Judge:   Hon. William Q. Hayes<br>Courtroom:   14B<br>Magistrate Judge: Hon. Ruben B. Brooks<br>Complaint Filed:  November 30, 2017<br>Trial Date:   None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 12, 2018, before the Honorable William Q. Hayes in Courtroom 14B of the United States District Court, Southern District of California located at 333 West Broadway, San Diego, California 92101, Defendant BAYVIEW LOAN SERVICING, LLC will and hereby does move this Court for an order dismissing the Second Amended Complaint filed by Plaintiff NINA OSHANA

1  SEPARATE PROPERTY TRUST, dated September 16, 2015, and each claim for
2  relief alleged therein pursuant to Federal Rules of Civil Procedure 12(b)(6) on the
3  following grounds:
4      1.    On the ground that it fails to state a claim upon which relief may be
5  granted. (*Conley v. Gibson*, 355 U.S. 41, 45-46 (1957));
6      2.    On the ground that Plaintiff's claims are barred by the applicable
7  statute of limitations;
8      3.    Defendant Bayview also moves to strike Plaintiff's claims for punitive
9  damages on the ground that the FAC does not articulate facts to support a plausible
10 claim that Bayview acted with oppression, fraud, or malice under Cal. Civ. Proc. §
11 3294(a).
12     Defendants seek an order dismissing Plaintiffs' Complaint in its entirety,
13 with prejudice, pursuant to Rule 12(b)(6).
14     This motion is based on this Notice of Motion and Motion, the Memorandum of
15 Points and Authorities filed herewith, the Request for Judicial Notice, the pleadings and
16 papers filed herein, and any oral argument presented at the time of hearing should the
17 court desire oral argument.

                                        KLINEDINST PC

DATED: February 2, 2018     By:  *s/Austin R. Henderson*
                                                       Ian A. Rambarran
                                                       Austin R. Henderson
                                                       Attorneys for Defendant
                                                       BAYVIEW LOAN SERVICING, LLC

17164207v1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101