UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA OSHANA SEPARATE PROPERTY TRUST, dated September 16, 2015,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAYVIEW LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 17cv2408-WQH-RBB<br><br>**ORDER** |

HAYES, Judge:

On July 3, 2018, the Court granted Plaintiff leave to file a Second Amended Complaint in this action. (ECF No. 25). On July 9, 2018, Plaintiff filed the Second Amended Complaint. (ECF No. 26). Once filed, an amended complaint supersedes the original complaint in its entirety. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Defendants' pending motions to dismiss the First Amended Complaint (ECF Nos. 4, 6, 9) became moot once the Second Amended Complaint was filed.

1    IT IS HEREBY ORDERED that the motions to dismiss the First Amended
2 Complaint filed by Select Portfolio Servicing, Inc., Bank of America, N.A., and Bayview
3 Loan Servicing, LLC are DENIED AS MOOT. (ECF Nos. 4, 6, 9).
4  Dated: July 11, 2018

Hon. William Q. Hayes
United States District Court